NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-10306 |
| Plaintiff-Appellee, | D.C. No. 3:14-cr-00038-CRB |
| v. | |
| FRANCISCO JAVIER LOPEZ MADRID, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, District Judge, Presiding

Submitted November 15, 2017[**]

Before:     CANBY, TROTT, and GRABER, Circuit Judges.

Francisco Javier Lopez Madrid appeals from the district court's order affirming the judgment of conviction entered by a magistrate judge following Lopez's guilty plea to carrying a concealed weapon, in violation of 18 U.S.C. § 13 and California Penal Code § 25400(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Lopez contends that his conviction is unconstitutional because it violates his rights under the Second Amendment. Contrary to the government's argument, Lopez has standing to present a facial challenge to the constitutionality of the statute under which he was convicted. *See Bond v. United States*, 564 U.S. 211, 217 (2011). But, as Lopez acknowledges, his claim is foreclosed by *Peruta v. County of San Diego*, 824 F.3d 919, 927 (9th Cir. 2016) (en banc).

**AFFIRMED.**